UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN LYNN JACKSON

        Plaintiff,

CASE NUMBER: 17-12575
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE STAFFORD

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 8, 2018, Magistrate Judge Stafford issued a Report and Recommendation [Doc. 24], recommending that Plaintiff's Motion for Summary Judgement [Doc. 17] be granted, Defendant's Motion for Summary Judgement be denied and the matter be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's motion is **GRANTED**, Defendant's motion is **DENIED** and this matter is **REMANDED**.

      **IT IS ORDERED**.

                              s/ Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: September 5, 2018